UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO: |
| vs. § | EP:14-CR-00213(1)-DB |
| § | |
| (1) RICHARD CRAIG ROONEY § | |

## ORDER SETTING RE-SENTENCING

      IT IS HEREBY ORDERED that the above entitled and numbered case is set for **RE-SENTENCING** in District Courtroom, Room 722, on the 7th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on **Thursday, June 23, 2016 at 10:30 AM**.

      IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

      IT IS SO ORDERED this 9th day of May, 2016.

_____
DAVID BRIONES
SENIOR U. S. DISTRICT JUDGE